AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TROY ESPY and ERIC CORNELLE,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV423-023

SAVANNAH RESTAURANT ASSOCIATES INC., doing business as Belford's Seafood and Steaks; KEVIN MCPHERSON; MARCIE HILL; and KEVIN HILL,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 27, 2023, the parties' motion to dismiss is granted, and this civil action is dismissed with prejudice. This civil action stands closed.



July 27, 2023  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(signature)*  
(By) Deputy Clerk

GAS Rev 10/2020